# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JACOB K. CAMPBELL**
**#25174**                                                                                               **PLAINTIFF**

v.                                            Case No. 3:23-cv-00010-KGB

**RON HUNTER, District Judge,**
**Poinsett County;  TASHA JAMERSON,**
**Court Clerk, Trumann District Court;**
**TRUMANN POLICE DEPARTMENT**                                                  **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On October 11, 2024, the Court ordered plaintiff Jacob K. Campbell to file an amended complaint no later than November 11, 2024, clarifying whether he had authored the complaint and intended to pursue the claims (Dkt. No. 3). In the same Order, the Court took Mr. Campbell's motion to proceed *in forma pauperis* under advisement (Dkt. No. 1). The Court's October 11, 2024, Order was mailed to Mr. Campbell but has been returned undeliverable (Dkt. No. 4). Given Mr. Campbell's failure to comply with an Order of this Court and prosecute diligently his case pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court dismisses without prejudice Mr. Campbell's complaint (Dkt. No. 2) and denies as moot his motion to proceed *in forma pauperis* (Dkt. No. 1). Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be in good faith.

It is so ordered this 17th day of December, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge