# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JACOB K. CAMPBELL**
**#25174**                                                                                      **PLAINTIFF**

**v.**                                  **Case No. 3:23-cv-00010-KGB**

**RON HUNTER, District Judge,**
**Poinsett County; TASHA JAMERSON,**
**Court Clerk, Trumann District Court;**
**TRUMANN POLICE DEPARTMENT**                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jacob K. Campbell's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 17th day of December, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge